# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 25-00127-KD-N |
| | ) |
| ANTHONY MAURICE PARKER, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One of the Indictment, charging possession of a firearm by a prohibited person (felon) in violation of 18:922(g)(1), is now **accepted** and the Defendant is **adjudged guilty** of such offense.

A sentencing hearing has been scheduled for **November 7, 2025,** at **9:00 a.m.** in **Courtroom 4B, 155 St. Joseph Street, Mobile, AL 36602.**

**DONE and ORDERED** this **16th** day of **August 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**